UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| PATRICIA CAMPBELL | ) | |
| | ) | BK. NO. 09- |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 13 |

## CHAPTER 13 PLAN

1. The future earnings of the Debtors are submitted to the supervision and control of the Chapter 13 Trustee and the Debtors shall pay to the Trustee the sum of $150.00 per month for a period of 36 months or until completion of the plan. The total payments to the Trustee shall total approximately $5,400.00 over the life of the Plan.

2. From the payments so received the Trustee shall make disbursements as follows:

**PRIORITY CLAIMS**:

The following claims are entitled to priority in the following amounts:

a) Attorney Fees (unpaid portion): $2,100.00- amount shall be paid in monthly payments pursuant to the Standing Order on Standing Order Regarding Attorney Fees for Debtor's Counsel in Chapter 7 and Chapter 13 Cases
b) The Trustee's fees and expenses as determined by the Attorney General pursuant to 28 U.S.C. 586 (a).
c) The Trustee shall pay all court costs billed to the Trustee by the Clerk of the Bankruptcy Court.

**UNSECURED PRIORITY CLAIMS:**

The following claim are entitled to priority in the following amounts:

None

**SECURED CLAIMS**:

From the payments received the Trustee will pay the following secured creditors.

None

The following secured claims will be paid directly by the Debtors beginning with the first post-petition payment due after filing the bankruptcy. Secured creditors to be paid directly may continue to send regular monthly invoices to Debtor and may otherwise contact/communicate with Debtor directly concerning all informational matters affecting the normal servicing of any such accounts. Mortgage Services/Creditors may comply with all RESPA escrow account statements and analysis required during the life of the Plan.

2007 Chevrolet Cobalt        Chase Custom Finance            $325.00 Monthly

The following secured claims will be surrendered by the Debtors:

None.


**UNSECURED CLAIMS**:

From the payments received by the Trustee, after payment of priority claims and secured claims, the Trustee should have available approximately $2,760.00 which will be paid pro rata to unsecured claims. The anticipated dividend to unsecured creditors would be 15%.

The Trustee shall make no payments in a denomination less than $15.00 and is authorized to accumulate funds for creditors in order to not make any payments less than $ 15.00.

The effective date of this plan will be the date of the Order confirming plan.


                        Respectfully submitted,
                        Patricia Campbell

                    By: /s/Robert Follmer
                        Attorney for Debtor
                        OSTLING & ASSOCIATES
                        201 W. Olive Street
                        Bloomington, IL 61701